# EXHIBIT 1

# PROMISSORY NOTE

| PRINCIPAL LOAN AMOUNT | DATE OF LOAN NOTE |
|---|---|
| **$2,291,128.35 US Dollars** | **April 1, 2019** |

FOR VALUE RECEIVED, **DESMD X, LLC ("DES")**, a limited liability corporation organized under the laws of the State of Texas with principal business address at 406 South Boulder, Suite 708, Tulsa, Oklahoma 74103 ("Maker"), hereby promises to pay to the order of **HMS Texas Holdings, LLC ("HMS")**, a company with principal address at 9595 Six Pines Drive, Suite 6320, The Woodlands, Texas 77380 ("Lender"), on or before the 1st day of October, 2020 ("Maturity Date"), at such place as designated in writing by Lender, the principal sum as set forth above together with non-compounded interest on any and all unpaid principal amounts outstanding on the date of payment by MAKER at the rate of Six percent (6%) per annum. Principle and Interest shall be paid on the 1st of October, 2020.

All payments hereunder shall be payable in lawful money of the United States of America. Any sum not paid when due shall bear interest at a rate equal to Eighteen percent (18%) per annum and such interest as accrued will be paid at the time and as a condition precedent to the curing of any default hereunder.

Maker agrees that if, and as often as, this Note is placed in the hands of an attorney for collection or to defend or enforce any of the holder's rights hereunder, the maker shall pay to the holder hereof its reasonable attorney's fees, together with all court costs and other expenses incurred and paid by such holder.

Maker, endorsers, sureties and all other persons who may become liable for all or any part of this obligation severally waive presentment for payment, protest and notice of nonpayment. Said parties consent to any extension of time (whether one or more) of payment hereof, any renewal (whether one or more) hereof, and any release of any party liable for payment of this obligation. Any such extension, renewal or release may be made without notice to such party and without discharging said party's liability hereunder.

Failure of the holder hereof to exercise any of the remedies or options set forth in this Note or in any instrument securing payment hereof, upon the occurrence of one or more events of default, shall not constitute a waiver of the right to exercise the same or any other remedy at any subsequent time in respect to the same or any other event of default. The acceptance of the holder hereof of any payment which is less than the total of all amounts due and payable at the time of such payment shall not constitute a waiver of the right to exercise any of the foregoing remedies or options at that time or any subsequent time, or nullify any prior exercise of any such remedy or option, without the express consent of the holder hereof, except as and to the extent otherwise provided by law.

Maker and Lender intend and believe that each provision in this Note comports with all applicable local, state and federal laws and judicial decisions. However, if any provision or provisions, or if any portion of any provision or provisions, in this Note is found by a court of law to be in violation of any applicable local, state or federal ordinance, statute, law, administrative or judicial decision, or public policy, and if such court should declare such portion, provision or provisions of this Note to be illegal, invalid, unlawful, void or unenforceable as written, then it is the intent of the parties hereto that such portion, provision or provisions shall be given force to the fullest possible extent that they are legal, valid and enforceable, that the remainder of this Note shall be construed as if such illegal, invalid, unlawful, void or unenforceable portion, provision or provisions were not contained therein, and that the rights, obligations and interest of Maker and Lender under the remainder of this Note shall continue in full force and effect.

No waiver by Maker of any payment or any other right under this Note or under any related agreement or documentation shall operate as a waiver of any other payment or right. This Note and the obligations evidenced hereby are to be construed and governed by the laws of Harris County, Texas.

The records of the holder of this Note shall be prima facie evidence of the amount owing on this Note. This Note may be assigned by holder without the prior consent of Maker.

IN WITNESS WHEREOF, the undersigned has executed this instrument effective the 1st day of April, 2019.

"MAKER"
**DESMD X, LLC**

By: _/s/ Richard Bednar_
Richard Bednar
Managing Member