# Exhibit 2

# PERSONAL GUARANTY AGREEMENT

THIS PERSONAL GUARANTY AGREEMENT ("Guaranty") is made and entered into this 1st day of April, 2019, by James W. McCabe, an individual with principal business address at 135 Jenkin St., Suite 105B # 356, St. Augustine, Florida 32086 ("Guarantor") in favor of HMS Texas Holdings, LLC ("HMS"), a company with principal address at 9595 Six Pines Drive, Suite 6320, The Woodlands, Texas 77380.

## WITNESSETH:

WHEREAS, DESMD X, LLC, a limited liability company organized under the laws of the State of Texas with principal business address at 406 S. Boulder, Suite 708, Tulsa, Oklahoma 74103 ("Borrower") and HMS have entered into a loan arrangement as evidenced by that certain Promissory Note dated April 1st, 2019 issued by Borrower in favor of HMS (hereinafter referred to as the "Note"); and

WHEREAS, Guarantor is an affiliate of Borrower and has a vested interest in the business success of Borrower; and

WHEREAS, HMS requires additional assurances that Borrower can and will perform all of its duties, obligations and financial commitments under the Note and the Supplemental Agreement during the entire terms thereof.

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Guarantor agrees as follows:

1. UNCONDITIONAL GUARANTY. Guarantor hereby agrees to unconditionally guarantee the timely performance of each and every commitment, obligation, duty, responsibility and payment obligation described and set forth under the Note and the Supplemental Agreement, including the payment of any and all principal payments, interest payments and/or Supplemental Payments (as such terms are defined under the Note and/or Supplemental Agreement) as and when such payments become due and payable to HMS.

2. REPRESENTATIONS AND WARRANTIES. Guarantor hereby represents and warrants that Guarantor has full right, power and authority to grant this Guaranty in connection with the Note and the Supplemental Agreement.

3. DEFAULT BY BORROWER. In the event Borrower fails to perform any duty or obligation, or fails to make any payment when due under the Note and/or the Supplemental Agreement, HMS shall notify Guarantor of such failure by telephone, followed-up in writing by Fax to the number listed below, and shall provide Guarantor with reasonably full particulars concerning the nature and extent of Borrower's failure(s) to perform.

4. CURING OF DEFAULT BY GUARANTOR. In the event Guarantor receives notification from HMS of a default by Borrower under the Note and/or the Supplemental Agreement, Guarantor shall cure such default to the extent required under the Note and/or Supplemental Agreement, including the payment of any and all late fees, legal fees and/or penalties as provided for thereunder, within thirty (30) days following receipt of such notification from H&M.

5. NOTICES. All communications required or permitted under this Guaranty shall be in writing, and any communications hereunder shall be deemed to have been duly made if delivered

1

 Guarantor

by hand, overnight delivery service, facsimile or five (5) days after being placed in first class certified mail, postage prepaid, with return receipt requested to the following addresses:

If to Guarantor:  James W. McCabe
135 Jenkin St., Suite 105B # 356
St. Augustine, Florida 32086
(210) 705-0740            Telephone
mavoneg@aol.com

If to HMS:  **HMS Texas Holdings, LLC**
Brett Jensen, Manager
9595 Six Pines Drive, Suite 6320
The Woodlands, Texas 77380
(303) 807-4182            Telephone
brett@brettjensen.com     E-Mail

6. MISCELLANEOUS. This Guaranty, and all rights and liabilities hereunder in connection with the Note, shall inure to the benefit of HMS and his successors and assigns, and shall be binding upon Guarantor, its successors and assigns. This Guaranty and all rights and obligations hereunder, including matters of construction, validity and performance, shall be governed by the laws of Texas. If any provision hereof shall for any reason be held to be invalid or unenforceable, such invalidly or unenforceability shall not affect any other provision hereof. This Guaranty cannot be amended, modified or supplemented except by an agreement, in writing, signed by Guarantor and HMS.

IN WITNESS WHEREOF, Guarantor has executed and delivered this Guaranty effective as of the date and year first above written.

"GUARANTOR"
James W. McCabe

*/s/ James W. McCabe*

2